JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIBAYA GINTING; K.C. BATUBARA, <br><br>             Plaintiffs, <br><br>   v. <br><br> COUNTY OF SAN BERNARDINO; MARC GOODWIN, <br><br>             Defendants. | Case No. **CV 12-374-JFW (OPx)** <br><br> **JUDGMENT** |

    WHEREAS, pursuant to the stipulation of the parties, the Court dismissed Plaintiffs' second, third, fifth, sixth, and seventh claims for relief with prejudice on December 7, 2012;

    WHEREAS, on December 14, 2012, the Court granted Defendants' motion for summary judgment as to Plaintiffs' first and fourth claims for relief based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on Plaintiffs' first and fourth claims for relief,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiffs Seribaya Ginting and K.C. Batubara shall recover nothing from Defendants County of San Bernardino and Marc Goodwin;

2.  Defendants County of San Bernardino and Marc Goodwin shall have judgment in their favor on Plaintiffs' entire action; and

3.  Defendants County of San Bernardino and Marc Goodwin shall recover from Plaintiffs their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: December 14, 2012   _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2